UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 15-173 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| ERIC MOYER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

Count 1 – Receipt of Child Pornography

Count 2 – Possession of Child Pornography

Date of Detention Hearing:    April 22, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02          (1)     Defendant stipulated to the entry of an order of detention.

03          (2)     He has already been ordered detained in CR 06-221 JLR, where a petition for

04                  revocation of supervised release is pending.

05          (3)     At the request of his counsel, defendant was not interviewed by the Pretrial

06                  Services Officer, thus impeding the court's ability to secure information

07                  relevant to the issue of his release on conditions.

08          (4)     Defendant has two prior convictions in this court for offenses involving child

09                  pornography.  The charges in this case are for similar offenses.

10          (5)     Defendant failed to participate as directed in a sexual deviancy treatment

11                  program.

12          (6)     His supervised release has been revoked by this court several times for similar

13                  conduct.

14          (7)      The court concurs in the recommendation of the Pretrial Services Office that

15                  defendant be detained.

16   It is therefore ORDERED:

17      1.  Defendant shall be detained pending trial and committed to the custody of the

18          Attorney General for confinement in a correction facility separate, to the extent

19          practicable, from persons awaiting or serving sentences or being held in custody

20          pending appeal;

21      2.  Defendant shall be afforded reasonable opportunity for private consultation with

22          counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of April, 2015.

s/ John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3